```
FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct. 29 2020

JAMES N. HATTEN, Clerk

By: s/ Alexander King
            Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

RICHARD TYLER HUNSINGER

Criminal Action No.

1:20-MJ-0943

**UNDER SEAL**

**Motion to Seal Criminal Complaint**

The United States of America, by Byung J. Pak, United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Criminal Complaint**, Motion to Seal and Order be sealed for the following reasons:

Defendant Richard Tyler Hunsinger is not in law enforcement custody. The disclosure of the criminal complaint would negatively impact the safety of the officers who attempt to arrest Hunsinger. Further, because the investigation is continuing, the disclosure of the criminal complaint at this time would seriously jeopardize the ongoing investigation, as such disclosure may prompt the defendant and his confederates to destroy evidence, change patterns of behavior, or notify other confederates.

2

WHEREFORE, the United States of America respectfully requests that this

motion, the **Criminal Complaint** and ensuing order be sealed.

Submitted this 29th day of October 2020.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

*Ryan K. Buchanan*

Ryan K. Buchanan
*Assistant United States Attorney*
Georgia Bar No. 623388
Ryan.Buchanan@usdoj.gov