IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Oct. 29 2020
JAMES N. HATTEN, Clerk
By: s/ Alexander King
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:20-MJ-0943 |
| RICHARD TYLER HUNSINGER | **UNDER SEAL** |

## Order

Having read and considered the Government's Motion to Seal **Criminal Complaint** and application and for good cause shown,

It is hereby ORDERED that the **Criminal Complaint** and application be sealed.

SO ORDERED this 29th day of October 2020.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

Presented by:
Ryan K. Buchanan, Assistant United States Attorney