**MAGISTRATE'S CRIMINAL MINUTES - COMPLAINT**     FILED IN OPEN COURT

|  |  |
|---|---|
| DATE: | 11/05/2020 @ 2:00 pm |
| TAPE: | FTR |
| TIME IN COURT: | 22 Mins. |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | LINDA T. WALKER | COURTROOM DEPUTY CLERK: | Sonya Coggins |
| CASE NUMBER: | 1:20-MJ-943-LTW | DEFENDANT'S NAME: | Richard Tyler Hunsinger |
| AUSA: | Ryan Buchanan | DEFENDANT'S ATTY: | Vidhi Joshi |
| USPO / PTR: | Leslie Hopkins | ( ) Retained  ( ) CJA  (X) FDP  ( ) Waived | |

____ Arrest Date _____

**X** Initial appearance hearing held.

____ Interpreter sworn: _____

### COUNSEL

**X** ORDER appointing Federal Defender as counsel for defendant.     ____ INITIAL APPEARANCE ONLY.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

____ ORDER giving defendant _____ to employ counsel.   ( ) Verbal   ( ) Order to follow

### PRELIMINARY HEARING

**X** Preliminary hearing **set**/reset/cont to   11/10/2020   @ 2:00 PM

____ Defendant WAIVES preliminary hearing.   ____ WAIVER FILED

____ Preliminary hearing HELD.   ____ Probable cause found; defendant held to District Court

____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

**X** Government motion for detention filed. Pretrial hearing set for   11/10/2020   @ 2:00 PM

**X** Temporary Commitment issued. Remanded to USM.

____ Bond/Pretrial detention hearing held.

____ Government motion for detention  ( ) Granted  ( ) Denied  ( ) Waived  ( ) Withdrawn

____ Pretrial detention ordered.   ____ Written order to follow.

____ BOND set at   $_____   ____ NON-SURETY   ____ SURETY

       ____ cash       ____ property       ____ corporate surety ONLY

____ SPECIAL CONDITIONS: _____

____ Bond filed. Defendant released.

____ Bond not executed. Defendant to remain in Marshal's custody.

____ Motion   ( ) verbal   to reduce/revoke bond filed.

____ Motion to reduce/revoke bond   ____ GRANTED   ____ DENIED