IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL CASE NO: |
| | : 1: 20-MJ-943 |
| RICHARD TYLER HUNSINGER, | : |
| | : |
| Defendant. | : |

## ORDER

On November 5, 2020, during an initial appearance before the undersigned, in compliance with Due Process Protections Act, Rule 5(f)(1) of the Federal Rules of Criminal Procedure, Counsel for the Government was reminded of their obligation under *Brady* and its progeny to disclose evidence that is favorable to the Defendant and material to either guilt or punishment. The failure to do so in a timely manner may result in the suppression of evidence, the dismissal of some or all counts, or other remedies that are just under the circumstances.

**IT IS SO ORDERED**, this __5__ day of November, 2020.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE