

DEPARTMENT OF GEOGRAPHY AND PLANNING

Mackintosh-Corry Hall, Room E208
Queen's University
Kingston, Ontario, Canada K7L 3N6
Tel  613 533-6030
Fax  613 533-6122
Queensu.ca/geographyandplanning

November 9, 2020

**United States Magistrate Judge**
1856 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA. 30303

Courtroom: 1860, Chambers 1856

Re: United States of America v. Richard Tyler Hunsinger, Criminal Action No. 1:20-MJ-0943

Dear Hon. Judge Linda Walker,

Please find the following letter of support on behalf of Richard Tyler Hunsinger relevant to his hearing on Tuesday, November 10th 2020. I am a postdoctoral fellow at *Queen's University* researching housing inequality. I have been working closely with Richard on housing advocacy and policy work since the Spring of 2017 through the *Housing Justice League* in Atlanta and **I am well positioned to speak to his character as a compassionate and contributing member of society**. I ask that you deny the Government's Motion for Detention in this case, as Richard is neither a flight risk nor in any way a threat to the community.

In our time with the Eviction Defense Working Group at the *Housing Justice League*, Richard and I have worked in numerous settings on short and long-term projects. This includes an extensive years-long research project on renters' rights and housing court that allowed us to produce a 20-page manual providing legal support to tenants facing eviction in Fulton County. We have planned and executed community events, carried out public presentations on the important social history of tenants and housing insecurity in Georgia, and more recently have begun strategizing on how to secure better tenant legal protections for low income renters in Georgia.

Across this work I have seen first-hand the many unique and positive characteristics Richard possesses that speak to his overall character as a compassionate and motivated contributor to our community. Whether it is providing emotional and material support to tenants facing

eviction, or, conducting extensive research to find solutions to the housing crisis, Richard is meaningfully committed to furthering the interest and safety of people facing insecurity and discrimination in housing. His commitments are not simply principled – they reflect a long-term and place-based accountability to housing work over many years, whereby his extensive relationships and rootedness in community make him a low-risk for flight in this case.

In his work, Richard has continuously shown a capable balance between demonstrating leadership on an issue and showing pause for thoughtful reflection and consensus building. He has dealt with setbacks and discord in open-minded and sensitive ways, regularly seeking constructive criticism, striving to be both well-informed and keenly sensitive to the lived-experiences of those most impacted by the work we do. In community advocacy and research, Richard's efforts have been rigorous, and frequently demonstrate a capacity to stretch his learning beyond his own worldview.

**Richard is among one of the most caring and dedicated people I have had the pleasure of working with and I think very highly of his potential. It is without reservation that I submit he does not pose a risk of flight or any type of threat to the community.**

Sincerely,

Dr. Daniela Aiello, Ph.D.
CMHC-SSHRC Postdoctoral Researcher
Department of Geography and Planning
Queen's University
daiello@queensu.ca
706.248.7344

November 9, 2020


Dear Honorable Magistrate Judge Linda Walker,


I am writing you on behalf of Richard Hunsinger.

      I have known Richard since the Summer of 2017 when I began volunteering with an Atlanta based housing advocacy organization, Housing Justice League. Through our volunteering with Housing Justice League, I have come to know Richard as a very caring and upstanding member of the community. Richard has the ability to communicate with anyone and meet them where they are- he has spectacular empathy and cares deeply about his neighbors. Richard has gone so far as to raise over $800 in funds for a community member, a single mother of 4 children, to be able to pay rent and stay in her home during a time of personal crisis.

      Richard has also participated in National Service through the AmeriCorps VISTA program in partnership with Housing Justice League and the American Friends Service Committee. During his time as an AmeriCorps Service Member, Richard organized with a diverse group of low-income tenants in Atlanta to ensure equitable housing standards and policies from landlords and management agencies. Tenants' Associations all over Atlanta, including at Forest Cove Apartments, City Views at Rosa Burney Park, and Briarcliff Summit trust and respect Richard and have benefited from his service.

      Finally, Richard is passionate about securing shelter and resources for those experiencing homelessness in Atlanta. During the Winter of 2018/2019, Richard assisted in coordinating information around and transportation to warming shelters and emergency shelters for Atlantans experiencing homelessness. Richard participated in direct homeless street outreach during this period, as well.

      Mr. Hunsinger truly loves the people of this city and is neither a flight risk nor a threat to the community, quite the contrary. I hope this letter has served as a strong depiction of Richard's community involvement and personal character and I am confident Richard will continue to be a very involved member of the community.


Best Regards,


*s/ Katerina E. Arney*


Katerina 'Katie' Arney

Housing Justice League Member

Patrick Boyle
3030 SE Pine St
Portland, OR 97214


November 8th, 2020


RE: Richard Hunsinger


To: The Honorable Judge Linda Walker,

Richard Hunsinger has been a loyal and caring friend of mine for nearly 8 years, after meeting in college. Throughout our friendship, Richard has displayed an unmatched level of compassion towards his friends and neighbors. His ability to share genuine empathy and humanity towards others has made him an invaluable member of the community, and I am honored to consider him a friend.

Because of that empathy, Richard has developed deep roots in his Atlanta community. Anyone that knows Richard knows he spends the vast majority of his time at home either practicing his guitar or chatting with neighbors on his porch. Anywhere he goes, Richard instantly becomes a fixture of the neighborhood, and all his neighbors are eager to greet him. So much so, it's hard to pull Richard away from that porch long enough to even grab a cup of coffee.

Richard has been there for me in moments of need, time and time again. When it was time for me to prepare for a cross country move, Richard was there to help. When a family member fell ill and I needed help around the house, Richard was there. When I simply just needed advice, Richard was there. I can personally assert the strength of Richard's character, and he is undoubtedly a valuable part of his community.

Sincerely,

*Patrick Boyle*

Patrick Boyle

11/8/20

Dear Honorable Judge Walker

    My name is Daniel DeSimone and I have known Richard for 8 years. We have been bandmates, artistic collaborators, and roommates at various points throughout the years. We also attended the University of Georgia together where he graduated with degrees in music composition and performance and I studied neuroscience and music business. Both of us also volunteered at the student run radio station WUOG.

    As long as I have known Richard he has been a pillar of any community he has been a part of. While we were in Athens he expanded the music tastes of his fellow students through radio, performed original music (as well as classical guitar through the Hugh Hodgson School of Music), and generally pushed the creative boundaries of anyone who knew him. As soon as he moved to Atlanta he immediately took roles bettering his community advocating for housing rights through the Housing Justice League, by working with the Vincent Fort mayoral campaign, and by espousing seemingly bottomless energy to discuss relevant political issues at social events. I've seen him express enthusiasm for those with sympathetic views and deep patience for those with opposing views preferring conversation to conflict.

    More than anything I know that Richard lives his life to see a better world around him and absolutely believe that our lives as his friends and the city of Atlanta will be a better place as he continues to be a part of it. Your honor I hope you will consider granting Richard bail as not only is he not a threat to his community but he is an impassioned, enthusiastic pillar of it.

Thank you for your time and consideration,

Daniel DeSimone

706-338-2418

November 9, 2020

**Honorable Linda T. Walker**

**United States Magistrate Judge**
1856 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: United States of America v. Richard Tyler Hunsinger, Criminal Action No. 1:20-MJ-0943

Dear Judge Walker,

     Richard Tyler Hunsinger was a committed, reliable and hard-working team member on a year-long research project that I co-led from 2017-2018. I met Richard in 2017 when, as a partner in a small research firm, I worked for the Housing Justice League to investigate the human impact of gentrification on low-income residents in Southeast Atlanta. The project team conducted surveys and interviews with residents, recruited members to the organization and project, and wrote a final report. Richard stood out as a leader: he followed through with tasks, planned and coordinated outreach and events, and was kind and respectful to all. Most importantly, Richard developed deep and organic relationships with residents and focused his work on building up the organizing and research skills of others. When we secured a small grant from the Annie E. Casey Foundation to hire paid staff for the project, we went through a competitive hiring process and selected Richard for a paid position. Richard has a promising career in community organizing and deep and trusting relationships with people across Atlanta. I am confident that Richard will abide by all conditions the court sets for pretrial release.

Respectfully,

Kate Diedrick

Strategic Research Associate
Communications Workers of America
753 Gresham Avenue SE
Atlanta, GA 30316

November 9, 2020,

**Honorable Linda T. Walker**

**United States Magistrate Judge**
1856 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Re: United States of America v. Richard Tyler Hunsinger, Criminal Action No. 1:20-MJ-0943

Dear Judge Walker,

I am writing this letter in the hopes that you will deny the Government's Motion for Detention in its case against Richard Tyler Hunsinger. I have worked closely with Richard over the last four years, and before I became the director of policy and community engagement for the Georgia coalition against domestic violence, I was just a student and a member of the housing justice league, and it was there that I first met Richard. We were launching a campaign to keep long term community residents in their homes. Initially I honestly wondered if Richard would stick around when the campaign got hard and people became discouraged, as others had in the past. But Richard surprised me with his steady presence and unwavering commitment. Richard is beloved by the people in the communities in which he has served and he earned the residents' trust by being kind, generous, honest and consistent. Richard was always dedicated to making sure people had what they needed - whether it was food, a ride or a listening ear. Richard is a powerful teacher and has been instrumental in supporting the growth and development of young leaders in the housing movement here in Atlanta- including my own. I have learned so much from Richard, and would be remiss if I did not also mention that I consider Richard a friend. Always there with a big hug, a welcoming smile, and an open heart. I do not believe Richard would ever do anything that would cause harm to others. Richard is extremely conscientious and makes decisions with a good amount of discernment- seeking to support the best interest of others. Richard has dedicated his life to amplifying the voices of those who have been traditionally marginalized in society. And I can say that four years after our first meeting, I am now a board member with the Housing Justice League and Richard has earned my deep respect, and I once again ask that you deny the government's motion for detention in this case. Thank you for your time and consideration.

Sincerely,

**Karimah Dillard**

**Board Member, Housing Justice League**

Vincent Fort

1815 Sandringham Dr. SW

Atlanta, GA 30311

November 10, 2020

Honorable Judge Walker,

    I am writing to you today to encourage you to allow Richard Hunsinger to be bonded out. I've known Mr. Hunsinger for years and he has always been someone that impressed me with his commitment to the safety and well being of people in our communities.

Mr. Hunsinger is someone that always shows up for the community, so I'm happy to show up for him and I have zero doubt that he will show up to court.

Best Regards,

*[signature]*

Senator Vincent fort



11/8/20

Dear Honorable Judge Walker,

My name is Tim Franzen and I am the Program Director for the American Friends Service Committee's Atlanta program, we are a very old Quaker founded organization. I had the pleasure of serving as Richard Hunsinger's direct supervisor on a project we collaborated with HUD and the National Alliance of HUD tenants.

It was not easy work, it required Richard to bring a lot of patients, love, and understanding to the job everyday. Richard's ability to see the dignity in everyone he comes in contact with is quite clear for those that spend any time around him and it was that quality that really made Richard excel in the work.

Your honor I'm writing to ask you to deny the Government's motion for detention. Richard's commitment and strong ties to the Atlanta community ensures that he will not be a flight risk. In addition I can't talk about Richard's character without the words empathy, dignity, love, integrity. I can't imagine Richard hurting another person.

I know you're probably a very busy person your Honor, but if you could spend a few minutes with Richard yourself I believe you would come to the same conclusion as me; Richard is definitely not a flight risk or a threat to the public.

Please feel free to contact me with any questions you may have.

Love and Service,


Tim Franzen

Program Director

Atlanta Economic Justice Program

American Friends Service Committee

Afsc.org

404-414-5521

tfranzen@afsc.org

November 7, 2020

To: Magistrate Linda Walker

From: Beth Arnold Helmey
2959 Judylyn Dr.
Decatur, GA 30033

Dear Judge Walker,

Allow me to introduce myself. I am an Educator with 25 years of experience working with children. Currently, I am the Director of Ahava Early Learning Center located in Atlanta, GA. I have known Richard Hunsinger since 2013 when I met him on a trip to Athens, GA to visit my son in college. I have been as impressed with Richard over the years as I was when I first met him in Athens. He is a respectful, smart, and talented young man with a heart as big and caring as I have seen. I understand why he and my son have remained close though their paths have diverged, and they no longer live close enough to visit often or for long. Richard is a talented musician and composer. His interest in the arts is matched by his interest in the people he meets and in working to ensure that all people are given equal opportunities for meeting basic needs in life. When Richard moved to Atlanta after college, he began this work in earnest, working with the Housing Justice League and building a name for himself in the wider community as a knowledgeable source and a writer of great skill.

I have seen Richard socially over the years when my children are visiting, and have come to realize that not only do my children call him friend, he also knows my niece, and several of the young, passionate, and engaged people that I employ at Ahava ELC. Richard makes friends wherever he goes. That is who he is. Together, these young adults make up a community of highly engaged people who work hard and desire to make the world a better place. Their vision matches the vision held at the school where I work. Indeed it is what we all wish for our children as we watch them grow and become citizens of the world; that they contribute to the betterment of society and that they care for those who need their voice to be recognized and heard in this world.

The last time I saw Richard was at one of my extended family's gatherings. We were at my parent's house, surrounded by family members and friends. It was January 2020, before the Coronavirus hit us all so hard, before the horrendous and public killings of George Floyd and Ahmaud Arbery. Richard offered to take a photo of our whole family, together that night, thus making a memory that is fondly recalled. It is a rare photo of our family together and one of the last photos taken of my mother smiling and laughing with joy, surrounded by those she loves. We have Richard to thank for those photos. I know him as a kindhearted man, loyal to his friends, loving to his partner, and championing those less fortunate.

Judge Walker, I appreciate your attention and time in reading my thoughts today, and for the opportunity to reflect on this bright and talented young man.

Respectfully,

*Beth A Helmey*
Beth A Helmey

November 8, 2020

**Honorable Linda T. Walker**

**United States Magistrate Judge**

1856 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Courtroom: 1860, Chambers: 1856

Re: United States of America v. Richard Tyler Hunsinger, Criminal Action No. 1:20-MJ-0943

Dear Judge Walker,

    I am writing to request that you deny the Government's Motion for Detention in its case against Richard Tyler Hunsinger. I met Richard in 2012 when were both volunteering with the college radio station at the University of Georgia. He is one of my closest friends. I have always known him to be studious, sensitive, generous, and hardworking. In the eight years that we have been friends, there was never a time when he wasn't passionately devoted to some creative project to improve himself or his community. I started working alongside him as a researcher on one of those projects with the Atlanta Housing Justice League, thanks to his involvement there as a community organizer. He got involved immediately after moving to Atlanta in 2016, and his dedication to helping his neighbors in that capacity has been a consistent inspiration to me. In college, I knew him as a virtuosic classical guitarist, completely absorbed with composition and performance. After he started working with community organizations in Atlanta, I think he went two straight years without picking up his guitar because of how devoted he was to supporting his neighbors. I know that he would never do anything to risk their safety and well-being. I also know that he would never do anything to disappoint his friends, and that he is aware of how devastating his detention is to us.

Respectfully,

Sam Helmey

Housing Data and Policy Analyst
Baltimore Regional Housing Partnership
3631 Rexmere Rd
Baltimore, MD 21218

November 9, 2020

**Honorable Linda T. Walker**

**United States Magistrate Judge**
1856 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Re: United States of America v. Richard Tyler Hunsinger, Criminal Action No. 1:20-MJ-0943

Dear Judge Walker,

I have had the privilege to know Richard Hunsinger for more than 5 years and have worked with him on many different projects. Richard has been a real anchor in the community advocating for fair rights. In many cases Richard has been the minority in community engagement but using his knowledge and writing skills to help bring awareness to underprivileged communities.  Richard has worked tirelessly in these communities and often harder.

I know Richard to be a very warm soft and gentle human being. The community is very much reliant upon Richards continuum to support the community for those who are disenfranchised. Richard has never put the community in harms way nor would he ever intentionally. The people in our community have grown to love Richard as a member of our community and family.

I ask that you deny the Motion for Detention.

Sincerely,

Alison Johnson
*Alison Johnson*

Executive Director
Housing Justice League
Peoplestown Community

Dear Magistrate Linda Walker,

Richard Hunsinger is a dedicated member and volunteer with the Housing Justice League for the past three and a half years. He has served and assisted his fellow Atlantans in a housing crisis for as long as I have known him. Richard and I both joined Housing Justice League in Spring 2017 because of our commitment to the right to housing for all. Working together, Richard would always volunteer to help with whatever project needed extra people and could always be counted on to stay late to get the job done. Richard is very thoughtful and kind. He would always take time to make sure that volunteers would feel comfortable on the campaign. When canvassing neighborhoods to spread news around eviction defense or empower tenants to know their rights, Richard will always listen carefully to the stories of others. This past year as the pandemic has caused economic and health crises for many individuals, Richard was on the front line making sure people had access to resources. He fought since March to make sure that people did not lose their homes to eviction. Much of the work that Richard did was unpaid and thankless. This did not stop his dedication and commitment to helping his community. Having graduated from the University of Georgia a year after Richard, we have both spent the past few years trying to figure out what direction to go in our career. It can be a challenging time for a young person, switching jobs or occasionally being without work as you try to find where best you fit in. Richard never let setbacks in a job get in the way of his commitment to serving and working to better his community.

Since I have known Richard, he has always been very reliable. He is there for friends and strangers if they need him. Richard has a large community in Atlanta and Georgia who he supports and who support him. Richard would give anyone his last dollar or his lunch if they needed it. I know that Richard is committed to continuing to support Atlantans in need and does not plan on going anywhere because he knows how much of a positive that he has had on this community.

Sincerely,

s/ *Emma Krass*

Emma Krass

November 8, 2020
**Honorable Linda T. Walker**
**United States Magistrate Judge**
1856 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
Re: United States of America v. Richard Tyler Hunsinger, Criminal Action No. 1:20-MJ-0943

Dear Judge Walker,

      I am writing to request that you grant Richard Tyler Hunsinger bond. I met Richard in 2014 when he was an integral part of the local music scene in Athens, Georgia. He participated in a variety of bands and his presence on the local music scene sharing tips and instruments. After graduating from the University of Georgia in 2016 with a degree in Music Performance & Guitar Composition, he moved to Atlanta, and we became closer friends as he became heavily involved in the community organizing scene, specifically in the fight for housing justice where he worked for Housing Justice League & Americorps. Furthermore, he always shows up for his community in Atlanta, by regularly attending city council meetings and through his close relationship with the homeless community among many other things. Richard is one of the kindest, sweetest, most community-minded people, and he goes above and beyond to take care of his neighbors and his community through giving rides, cooking meals, sharing books, and organizing tenant defense.

      Richard and I started working even closer together in 2019 when he started working at ProGeorgia, which funds civic engagement work in Georgia. I work at the Feminist Women's Health Center, a local clinic in Atlanta, and I was in charge of our voter registration efforts in 2019 meaning that I worked closely with Richard and saw how he dedicated he was to his work. Richard was a superb colleague, and civic engagement was a perfect fit for his passion for community organizing. Richard was always involved in deep conversations with people as he helped them register to vote and connect them to local resources. He is passionate about Atlanta and his neighbors.

      Richard is a cherished member of the community here, and his absence from us causes extreme pain and is a serious loss. He is truly one of the gentlest souls I've ever met, has a deep commitment to his community, and I hope he can return to us soon.

Sincerely,
**Libby Mandarino**
Leadership Development Manager
**Feminist Women's Health Center**
1924 Cliff Valley Way NE, Atlanta, GA 30329
e: libbym@feministcenter.org p: 404-989-1906
www.feministcenter.org

November 9, 2020

**Honorable Linda T. Walker**

**United States Magistrate Judge**
1856 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Re: United States of America v. Richard Tyler Hunsinger, Criminal Action No. 1:20-MJ-0943

Dear Judge Walker,

I am writing to request that you deny the Government's Motion for Detention in its case against Richard Tyler Hunsinger. I first met Richard three years ago when I started working with the Housing Justice League, a non-profit community-run organization in Atlanta. One of my first memories of Richard is of him driving around Atlanta for the hour leading up to the HJL community meeting to make sure senior citizens had a ride. I have known Richard to be a dedicated, hard-working, and a thoughtful advocate and friend to many in the Atlanta community.

Richard is also a determined intellectual and writer, committed to educating himself to better understand inequality and work for a more just society. Richard has worked hard to improve his writing over the past three years and has made enormous accomplishments. His writing is now consistently published by well-regarded online publications. Richard is a huge asset to many communities in Atlanta.

Sincerely,


Natalie McLaughlin

Community Organizer
Housing Justice League