**MAGISTRATE'S CRIMINAL MINUTES - COMPLAINT**  FILED IN OPEN COURT

| | |
|---|---|
| DATE: | 11/10/2020  @  2:04 PM |
| TAPE: | FTR |
| TIME IN COURT: | 1:31 Mins. |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | LINDA T. WALKER | COURTROOM DEPUTY CLERK: | Sonya Coggins |
| CASE NUMBER: | 1:20-MJ-943-LTW | DEFENDANT'S NAME: | Richard Tyler Hunsinger |
| AUSA: | Ryan Buchanan | DEFENDANT'S ATTY: | John Lovell |
| USPO / PTR: | | (X) Retained   ( ) CJA   ( ) FDP   ( ) Waived | |

___ Arrest Date _____

___ Initial appearance hearing held.

___ Interpreter sworn: _____

### COUNSEL

___ ORDER appointing Federal Defender as counsel for defendant.      ___ INITIAL APPEARANCE ONLY.

___ ORDER appointing _____ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: _____

___ ORDER giving defendant _____ to employ counsel.   ( ) Verbal   ( ) Order to follow

### PRELIMINARY HEARING

___ Preliminary hearing set/reset/cont to _____ @ _____

___ Defendant WAIVES preliminary hearing.   ___ WAIVER FILED

**X** Preliminary hearing HELD.    **X** Probable cause found; defendant held to District Court

___ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

___ Government motion for detention filed. Pretrial hearing set for _____ @ _____

___ Temporary Commitment issued. Remanded to USM.

**X** Bond/Pretrial detention hearing held.

**X** Government motion for detention   (X) Granted   ( ) Denied   ( ) Waived   ( ) Withdrawn

**X** Pretrial detention ordered.   **X** Written order to follow.

___ BOND set at  $ _____   ___ NON-SURETY   ___ SURETY

___ cash   ___ property   ___ corporate surety ONLY

___ SPECIAL CONDITIONS: _____

___ Bond filed. Defendant released.

___ Bond not executed. Defendant to remain in Marshal's custody.

___ Motion   ( ) verbal   to reduce/revoke bond filed.

___ Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED

WITNESSES:

Nathan Burnham, SWORN, TESTIIFED

Robert Hunsinger, (father), SWORN, TESTIIFED

EXHIBITS:

Government's Exhibits 1-6, ADMITTED

Defendant's Exhibits 1 and 2, ADMITTED

Original Exhibits        _____   RETAINED by the Court        _____   RETURNED to counsel