ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 0 1 2020

JAMES N. HATTEN, Clerk
By: *[signature]*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD TYLER HUNSINGER | Criminal Indictment<br><br>No. 1:20CR-466 |

THE GRAND JURY CHARGES THAT:

**Count One**

On or about July 25, 2020, in the Northern District of Georgia, defendant, RICHARD TYLER HUNSINGER, and others known and unknown to the Grand Jury, aided and abetted by one another, did maliciously damage, and attempt to damage, by means of fire, a building, vehicle, and other personal and real property, in whole or in part owned or possessed by, and leased to, the United States, and a department and agency thereof, and while engaging in this conduct and a result of such conduct, directly and proximately, created a substantial risk of injury to a person, including a public safety officer performing duties, in violation of Title 18, United States Code, Sections 844(f)(1) and 844(f)(2), and Section 2.

**Count Two**

On or about July 25, 2020, in the Northern District of Georgia, defendant, RICHARD TYLER HUNSINGER, and others known and unknown to the Grand Jury, aided and abetted by one another, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer, that is, Federal

Protective Service Inspector "K.C.," by means of a dangerous weapon, including fire and improvised explosive devices, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), and Section 2.

### Count Three

On or about July 25, 2020, in the Northern District of Georgia, defendant, RICHARD TYLER HUNSINGER, and others known and unknown to the Grand Jury, aided and abetted by one another, did willfully injure and commit a depredation against property of the United States, and a department and agency thereof, in violation of Title 18, United States Code, Section 1361, and Section 2.

### Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, RICHARD TYLER HUNSINGER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, including, but not limited to, a money judgment, that is, a sum of money in United States currency representing the amount of proceeds obtained as a result of said offense, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation.

Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, RICHARD TYLER HUNSINGER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title

28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from, proceeds traceable to said violation, including, but not limited to, a money judgment, that is, a sum of money in United States currency representing the amount of proceeds obtained as a result of said offense.

If, any of the property described above, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of

said defendant up to the value of the above forfeitable property.

A ___TRUE___ BILL

_____
FOREPERSON

BYUNG J. PAK
 *United States Attorney*

*Ryan K. Buchanan*

RYAN K. BUCHANAN
 *Assistant United States Attorney*
Georgia Bar No. 623388

*Matt C.*

MATTHEW S. CARRICO
 *Assistant United States Attorney*
Georgia Bar No.  538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181