U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2020R01027)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:20CR-466

**MAGISTRATE CASE NO.** 1:20-MJ-0943

X Indictment
DATE: December 1, 2020

Information
DATE:

X Magistrate's Complaint
DATE: October 29, 2020

UNITED STATES OF AMERICA
vs.
RICHARD TYLER HUNSINGER

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**  X Yes   No
**Is the defendant in custody on this charge or other conviction?**  On this charge
**Is the defendant awaiting trial on other charges?**  Yes   X No
  Other charges:
  Name of institution:

**Will the defendant require an interpreter?**   Yes   X No

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 0 1 2020

By: JAMES N. HATTEN, Clerk

Deputy Clerk

District Judge:
Magistrate Judge: Linda T. Walker

Attorney: Ryan K Buchanan
Defense Attorney: John R Lovell