IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>v.<br><br>RICHARD TYLER HUNSINGER,<br><br>　Defendant. | CRIMINAL ACTION NO.:<br>1:20-CR-00466-AT-AJB |

## MOTION TO WITHDRAW MOTION TO RECONSIDER DETENTION ORDER AND SET A REASONABLE BOND

COMES NOW Defendant, RICHARD TYLER HUNSINGER, by and through undersigned counsel, and withdraws his Motion to Reconsider Detention Order and Set a Reasonable Bond. The Government has incorrectly alleged the analysis of the motion to reconsider falls under the narrow constraints of 18 U.S.C. § 3142(i). Rather than dispute these claims and waste precious time as Christmas rapidly approaches and a "surge within a surge" of the Covid-19 pandemic threatens, Mr. Hunsinger will appeal directly to the District Court which has *de novo* review power that is not subject to the Government's unsubstantiated challenge.

WHEREFORE, RICHARD TYLER HUNSINGER withdraws his Motion to Reconsider Detention Order and Set a Reasonable Bond.

DATED: This 16th day of December, 2020.

Respectfully Submitted,
/s/ **John Lovell**
John Lovell
Attorney for Defendant
Georgia Bar No. 359390
90F Glenda Trace, #427
Newnan, Georgia 30265
678.552.2534
john@johnrlovell.com


## **CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that the foregoing document was formatted in New Times Roman 14 pt., in accordance with Local Rule 5.1B, and I have this day electronically filed the document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorney(s) of record in the case, including opposing counsel.

Dated: This 16th day of December, 2020.

/s/ **John Lovell**
John Lovell
Attorney for Defendant
Georgia Bar No. 359390