# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00466-AT-AJB
## USA v. Hunsinger
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 12/18/2020.

TIME COURT COMMENCED: 3:35 P.M.
TIME COURT CONCLUDED: 5:10 P.M.    COURT REPORTER: Shannon Welch
TIME IN COURT: 1:35    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Richard Tyler Hunsinger Present at proceedings |
| ATTORNEY(S) PRESENT: | Ryan Buchanan representing USA<br>John Lovell representing Richard Tyler Hunsinger |
| PROCEEDING CATEGORY: | Appeal Hearing of Magistrate Judge Order(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | DFT#1-[29]Motion for Review of Magistrate Judges Detention Order GRANTED |
| MINUTE TEXT: | Zoom Hearing on Appeal of Magistrate Detention Order. Cares Act Findings made and defendant waived his right to an in person hearing. Government exhibits 1 through 12 admitted. Bond #$50,000 with $10,000 secured. Home detention with electronic monitoring as well as standard and additional conditions of bond. Bond documents to be executed by a Magistrate Judge on Tuesday, December 22, 2020. See transcript for details. |
| HEARING STATUS: | Hearing Concluded |