# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00466-AT-AJB
## USA v. Hunsinger
## Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 12/22/2020.

TIME COURT COMMENCED: 10:50 A.M.
TIME COURT CONCLUDED: 11:00 A.M.   TAPE NUMBER: FTR
TIME IN COURT: 00:20                DEPUTY CLERK: B. Evans
OFFICE LOCATION: Atlanta            USPO: Colquitt

| | |
|---|---|
| DEFENDANT(S): | [1]Richard Tyler Hunsinger Present at proceedings |
| ATTORNEY(S) PRESENT: | John Lovell representing Richard Tyler Hunsinger |
| PROCEEDING CATEGORY: | Bond Hearing; |
| MINUTE TEXT: | The Court reviewed the bond conditions set by the district court. Bond filed. Defendant released. |