IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RICHARD TYLER HUNSINGER,<br>Defendant. | CRIMINAL ACTION NO.:<br>1:20-cr-00466-AT-AJB |

<u>ORDER</u>

It appears to the Court that counsel for the defendant Richard Tyler Hunsinger requires an extension of time for the Pretrial Conference in the instant case.

Accordingly, for good cause shown it is HEREBY ORDERED that the Pretrial Conference shall be held on **February 10, 2021 at 11:30 a.m**. The delay between the original and rescheduled Pretrial Conferences shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq*.

SO ORDERED this 15th day of January 2021.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE