IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

          v.

RICHARD TYLER HUNSINGER,
    Defendant.

CRIMINAL ACTION NO.
1:20-cr-00466-AT-AJB

## ORDER

It appears to the Court that counsel for the defendant Richard Tyler Hunsinger requires an extension of time for the Pretrial Conference in the instant case.   Accordingly, for good cause shown it is **ORDERED** that the Pretrial Conference shall be held on **May 12**, **2021** at **11:00 a.m.**

The delay between the original and rescheduled Pretrial Conferences shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq*.

**IT IS SO ORDERED**, this 19th day of April, 2021.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE