# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00466-AT-AJB
## USA v. Hunsinger
## Honorable Alan J. Baverman

Minute Sheet for proceedings held via Zoom on 05/12/2021.

TIME COURT COMMENCED: 11:22 A.M.
TIME COURT CONCLUDED: 11:32 A.M.       TAPE NUMBER: FTR Gold
TIME IN COURT: 00:10                   DEPUTY CLERK: Lisa Enix
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Richard Tyler Hunsinger NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Ryan Buchanan representing USA<br>John Lovell representing Richard Tyler Hunsinger |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PRETRIAL CONFERENCE INFO: | Rule 16(PTO ¶¶ II.B./IV.A.-Defendant) Requested and Fed. R. Crim. P. 5(f) oral order. Discovery still outstanding: photographs, license plate reader data, information related to DNA, items seized from residences (electronic data), GPS tracking warrant for Defendant's phone, Time anticipated/ordered to be produced: The Government will email the GPS tracking warrant for the phone today. All other discovery shall be produced by June 2, 2021<br> Rule 12(b)(4) (PTO ¶¶ II.B./IV.B.-Defendant) Requested for evidence.<br> Rule 404(b)(PTO ¶IV.C.-Defendant) Requested and Ordered pursuant to 404(b)(3). If found, ordered disclosed no later than 14 days before trial if in ND Ga., no later than 21 days before trial if outside ND Ga.<br> Expert Witness-Defendant Requested and to be provided within 21 days. The Defendant shall notify the court on June 23, 2021 if the defendant will be employing an expert and if more time Is needed. The Court will set a briefing scheduled if needed.<br> Rule 16(PTO ¶¶ II.B./IV.P.-Government) Requested and Ordered disclosed 21 days before trial. |
| MINUTE TEXT: | Defendant's oral motion for additional time to review discovery and to file pretrial motions, Granted. The Defendant's pretrial motions shall be due on or before June 23, 2021. Jencks Act Statements Requested and Order. |

Rule 16.1 conference held by parties.

| | |
|---|---|
| EXCLUDABLE DELAY: | The parties shall have until 6/23/2021 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |