# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION FILE NO. |
| | : 1:20-CR-466-AT-AJB |
| RICHARD TYLER HUNSINGER, | : |
| | : |
| Defendant. | : |

## ORDER CERTIFYING CASE READY FOR TRIAL

Counsel for the parties have reported to the Magistrate Judge that they have met regarding discovery and no motions for additional discovery will be filed. Defendant has withdrawn (without prejudice), [Doc. 58], his motion to suppress physical evidence, [Doc. 49]. There are no further matters pending before the undersigned.

**IT IS THEREFORE ORDERED** that the action as to this defendant be, and the same is hereby **CERTIFIED READY FOR TRIAL**.

**IT IS SO ORDERED**, this 17th day of February, 2022.

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE