IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
  Plaintiff,

v.                                                    CRIMINAL ACTION NO.:
                                                       1:20-CR-00466-AT-1

RICHARD TYLER HUNSINGER,
  Defendant.

### ORDER

It appears to the Court that counsel for the defendant RICHARD TYLER
HUNSINGER and the Government, after consulting with the supervising probation
officer, have agreed that the terms of pretrial release may be modified.

Accordingly, for good cause shown it is **HEREBY ORDERED** that the
conditions of release shall be modified to remove the requirement for a curfew.
The Court authorizes the Unites States Probation Officer to review and approve (or
modify or reject) any proposed travel plans within the Unites States Mr. Hunsinger
may submit in advance of his proposed travel, provided such are submitted at least
TEN (10) DAYS prior to his initiation of travel. Travel requests should include
method of transportation, lodging accommodations including contact information,
and travel duration.  Upon return to district, Mr. Hunsinger is required to
immediately report his arrival to his supervising officer.  All other terms of
defendant's conditions of release remain unaffected by this order.

It is **ORDERED** that the Clerk serve a copy of this order modifying conditions of release upon Defendant, the Probation Officer of the Court, the United States Attorney, and the United States Marshal.

SO ORDERED this 31st day of May, 2022.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE